# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICIO L. MELENDEZ,<br>    *Petitioner*,<br>vs.<br>DWIGHT NEVEN, *et al.,*<br>    *Respondents*. | 2:16-cv-01003-JAD-CWH<br><br>**ORDER SETTING<br>BRIEFING SCHEDULE**<br><br>ECF Nos. 16, 17 |

On February 24, 2017, petitioner filed an amended petition for writ of habeas corpus in this action under 28 U.S.C. § 2254. ECF No. 18. Accordingly, the court issues this briefing schedule.

**IT IS THEREFORE ORDERED** that respondents must file a response to the amended petition, including any motion to dismiss, within **90 days** of this order; the normal briefing schedule under the local rules will apply to any other requests that the petitioner might file. The response must comply with the remaining provisions below and Rule 5 of the Rules Governing Habeas Corpus Cases Under Section 2254.

**IT IS FURTHER ORDERED** that if respondents file an answer, petitioner will have **60 days** from the date the answer is served on him to file and serve a reply; if respondents file a motion to dismiss, petitioner will have **60 days** from the date the motion is served on him to file and serve a response to the motion, and respondents will have **30 days** after service of petitioner's response to file a reply in support of the motion to dismiss.

**IT IS FURTHER ORDERED** that any additional state-court record exhibits filed in this case by either petitioner or respondents must be filed with a separate index of exhibits identifying

the exhibits by number.  The CM/ECF attachments that are filed also must be identified by the number(s) of the exhibits in the attachment.  The hard copy of any additional state court record exhibits must be forwarded (for this case) to the staff attorneys in **Reno**.

**IT IS FURTHER ORDERED** that petitioner's motions for an extension of time within which to file an amended petition **(ECF Nos. 16 and 17) are GRANTED** *nunc pro tunc* to their respective filing dates.

DATED: 2-24-17

_____
UNITED STATES DISTRICT JUDGE