# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mauricio L Melendez,<br><br>Petitioner<br><br>v.<br><br>Dwight Neven, et al.,<br><br>Respondents | Case No.: 2:16-cv-01003-JAD-CWH<br><br>**Order Granting<br>Motions to Enlarge Time**<br><br>[ECF Nos. 33, 34] |

Respondents move to extend their deadline to answer Melendez's habeas petition.[1] The petitioner has not opposed their requests, and I find good cause to grant them. Accordingly, IT IS HEREBY ORDERED that the Motions to Enlarge Time **[ECF Nos. 33, 34] are GRANTED.** The Answer filed on July 16, 2018,[2] is deemed timely.

Dated: July 24, 2018, *nunc pro tunc to April 12, 2018.*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 33, 34.
[2] ECF No. 35.